**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-2110**

———————

ABDUL AZIZ,

                                         Plaintiff - Appellant,

     versus

BOARD OF DIRECTORS OF THE STATE COLLEGE SYSTEM
OF WEST VIRGINIA,

                                      Defendant - Appellee,

     and

BLUEFIELD STATE COLLEGE,

                                      Defendant.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield. David A. Faber, District Judge. (CA-96-2025-1)

———————

Submitted: December 15, 2000     Decided: January 12, 2001

———————

Before LUTTIG, WILLIAMS, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Abdul Aziz, Appellant Pro Se. Kenneth Neil Hickox, Jr., Charles R. Bailey, BAILEY & WYANT, P.L.L.C., Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Abdul Aziz appeals the district court's denial of a post-judgment motion Aziz filed pursuant to Fed. R. Civ. P. 60(b). The district court originally granted summary judgment to defendant in this action; this court affirmed that decision. <u>Aziz v. Board of Directors of the State College Sys. of W. Va.</u>, No. 99-1502, 1999 WL 734763 (4th Cir. Sept. 21, 1999) (unpublished), <u>cert. denied</u>, 120 S. Ct. 1268 (2000).

We review denial of a Rule 60(b) motion for abuse of discretion. <u>Eberhardt v. Integrated Design & Constr., Inc.</u>, 167 F.3d 861, 869 (4th Cir. 1999). A Rule 60(b) motion is not a substitute for appeal. <u>In re Burnley</u>, 988 F.2d 1, 3 (4th Cir. 1992). Having reviewed the district court's order denying the motion, we conclude that the court did not abuse its discretion in denying the requested relief. Therefore, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2